MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7123
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD NADER,<br><br>    Defendant. | NO. CR 11-0731 CRB<br><br>**NOTICE OF DISMISSAL AND [~~PROPOSED~~] ORDER** |

    In December of 2013, Defendant and the government entered into an agreement under which Defendant began a program of pretrial diversion under the supervision of Pretrial Services. Defendant has successfully completed this program. Therefore, with leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the indictment in the above action as to this defendant with prejudice.

                                                          MELINDA HAAG
                                                          United States Attorney

DATED: January 21, 2015

                                                        /s/ Daniel Callaway (KJB with permission)
                                                        DAVID R. CALLAWAY
                                                        Chief, Criminal Division

## [PROPOSED] ORDER

Leave is granted to the government to dismiss the indictment, and the action is dismissed.

IT IS SO ORDERED.

DATED: 1/22/2015



HON. CHARLES R. BREYER
United States District Judge